# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CLAY CALDWELL, | : | No. 52 WM 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| HON. JUDGE FARLEY TOOTHMAN, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2015, the Application for Extraordinary Relief is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.